IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 2 0 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ABDUL HADI OMER MAHMOUD FARAJ,

*Petitioner,*

v.

BARACK H. OBAMA, *et al.,*

*Respondents.*

Case No. 1:05CV01490 (PLF)

## ORDER

This matter comes before the Court on Petitioner's unopposed motion for a further enlargement of time to file his traverse to Respondents' amended factual return. The Court has considered the papers submitted in support of such motion and the lack of opposition to such motion and is otherwise duly advised in the premises. It is now, therefore, upon consideration,

ORDERED, that Petitioner's motion be, and it hereby is, GRANTED; and it is further

ORDERED, that the time for filing Petitioner's traverse be, and it hereby is, enlarged from March 16, 2009, to and including April 30, 2009.

UNITED STATES DISTRICT JUDGE

Dated: March 19 2009
Washington, D.C.